FILED

04/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0074

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
**Supreme Court Cause No. DA 22-0074**

KIM PIERCE DBA KP TRUCKING,

        Plaintiff-Appellant,

  vs.

M & P LEASING, LLC,

        Defendant-Appellee.

On Appeal from the Montana Tenth Judicial District Court
Judith Basin County, Cause No. DV-23-2020-15, Hon. Jon A. Oldenburg

**ORDER GRANTING EXTENSION OF TIME FOR**
**APPELLANT TO FILE OPENING BRIEF**

Upon consideration of Appellant-Plaintiff, Kim Pierce dba KP Trucking, Unopposed Motion for Extension of Time to File Appellant's Opening Brief, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 27, 2022, within which to prepare, file and serve her Opening Brief.

Electronically dated and signed below.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 21 2022